IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

PHYLLIS TISDELL,        )
    Plaintiff        )
                        )
V.                      )   Case No. 4:19-cv-00482
                        )
                        )
ROBERT WILKIE, Secretary )
DEPARTMENT OF VETERANS' AFFAIRS )
UNITED STATES OF AMERICA )
                        )
                        )
    Defendant        )

## JUDGMENT IN A CIVIL CASE

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
    Defendant's motion for summary judgment (Doc 44) is **GRANTED**.


September 21, 2021                    Paige Wymore-Wynn
Date                                    Clerk of Court

                                          /s/ Melissa Nolte
                                          (by) Deputy Clerk